Pamela D. Weiss
Blair M. Christensen
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KELSEY HOWELL, as P.R. for ESTATE OF DAN DEMOTT, JR., <br><br> Plaintiff(s), <br><br> vs. <br><br> MUNICIPALITY OF ANCHORAGE, LUIS SOTO, and STEVEN E. CHILDERS, <br><br> Defendants. | Case No. **3:20-cv-00301-SLG** |

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

Pursuant to the requirements of 28 U.S.C. § 1446, defendants Municipality of Anchorage, Luis Soto, and Steven E. Childers, provide notice of removal of an action from Superior Court, Third Judicial District, State of Alaska, to the United States District Court, District of Alaska. Removal is based on the following grounds:

1. Plaintiff filed a civil action entitled *Kelsey Howell, as P.R. for the Estate of Dan A. Demott, Jr., v. Municipality Of Anchorage, Luis Soto, and Steven E. Childers,* Case No.

3AN-20-08892 CI, in Superior Court, Third Judicial District, State of Alaska on November 4, 2020.  Plaintiff's Complaint is attached as Exhibit A.

2. The United States District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1441 because the Complaint specifically alleges, inter alia, that defendants' actions were in violation of 42 USC §1983 and the 4th Amendment of the U.S. Constitution. *See* Exhibit A.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b).  The Municipality received Plaintiff's Complaint on November 10, 2020. Fewer than 30 days have elapsed since receipt by the Municipality of this initial pleading setting forth claims for relief.

4. Written notice of filing this Notice of Removal will be filed with the Clerk of the Trial Courts, Third Judicial District, State of Alaska and will be served on the plaintiff.

5. By filing and serving this Notice of Removal, the Municipality does not waive, and hereby expressly reserves, all rights, defenses, and objections, including, but not limited to, the right to seek dismissal of the complaint, including dismissal based on insufficient process.

The Municipality respectfully requests that the above-entitled action be removed from the State of Alaska Superior Court, Third Judicial District, to the United States District Court for the District of Alaska.

Notice of Removal of Action
*Howell, Kelsey (P.R. for DeMott) v. MOA*; Case No. _____
Page 2 of 3

Case 3:20-cv-00301-SLG   Document 1   Filed 12/04/20   Page 2 of 3

Respectfully submitted this 3rd day of December, 2020.

>
> KATHRYN R. VOGEL
> Municipal Attorney
>
> By: s/Pamela D. Weiss &
> Blair M. Christensen
> Pamela D. Weiss
> Alaska Bar No. 0305022
> Assistant Municipal Attorney
> Blair M. Christensen
> Alaska Bar No. 0311088
> Assistant Municipal Attorney
> Municipal Attorney's Office
> P.O. Box 196650
> Anchorage, Alaska 99519-6650
> Phone: (907) 343-4545
> Fax: (907) 343-4550
> E-mail: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on December 3, 2020, a true and correct copy of the foregoing was served on:

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Notice of Removal of Action
*Howell, Kelsey (P.R. for DeMott) v. MOA*; Case No. _____
Page 3 of 3

Case 3:20-cv-00301-SLG   Document 1   Filed 12/04/20   Page 3 of 3