Pamela D. Weiss
Blair M. Christensen
Assistant Municipal Attorneys
Email: courtdocs@muni.org

**IN THE SUPERIOR COURT FOR THE STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT AT ANCHORAGE**

|  |  |  |
|---|---|---|
| KELSEY HOWELL, as P.R. for ESTATE OF DAN DEMOTT, JR., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| MUNICIPALITY OF ANCHORAGE, LUIS SOTO, and STEVEN E. CHILDERS, | ) ) ) | |
| Defendants. | ) ) | Case No. 3AN-20-08892 CI |

**NOTICE TO SUPERIOR COURT CLERK OF
FILING OF NOTICE OF REMOVAL**

TO:    Clerk of Trial Courts
         Third Judicial District, State of Alaska

Pursuant to 28 U.S.C. § 1446, a copy of the Notice of Removal of Action to United

Stated District Court is hereby filed with the Clerk of Trial Courts, Third Judicial District

for the State of Alaska.

**MUNICIPALITY
OF
ANCHORAGE**

**OFFICE OF THE
MUNICIPAL
ATTORNEY**

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Respectfully submitted this 3rd day of December, 2020.

KATHRYN R. VOGEL
Municipal Attorney


By:  s/Pamela D. Weiss &
     Blair M. Christensen
     Pamela D. Weiss
      Alaska Bar No. 0305022
     Assistant Municipal Attorney
     Blair M. Christensen
      Alaska Bar No. 0311088
     Assistant Municipal Attorney


Certificate of Service
I certify that on December 3, 2020, I caused to be mailed
a true and correct copy of the foregoing to:

Jeff Barber
Barber & Associates, LLC
540 E. 5th Ave, Suite 250
Anchorage, AK 99501
Email: jeffb@alaskainjury.com


s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

**MUNICIPALITY OF ANCHORAGE**

**OFFICE OF THE MUNICIPAL ATTORNEY**

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice to Superior Court Clerk of Filing Notice of Removal
*Howell, Kelsey (P.R. for DeMott) v. MOA, et al.*; Case No. 3AN-20-08892 CI
Page 2 of 2