Pamela D. Weiss
Blair M. Christensen
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KELSEY HOWELL, as P.R. for ESTATE OF DAN DEMOTT, JR.,<br><br>Plaintiff(s),<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, LUIS SOTO, and STEVEN E. CHILDERS,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:20-cv-00301-SLG |

**SERVICE LIST OF ALL PARTIES AND THEIR COUNSEL**

The attorney for Plaintiff Kelsey Howell, as P.R. for Estate of Dan Demott, Jr., is:

Jeffrey Barber
Barber & Associates
540 E 5th Ave
Anchorage, AK 99501
Phone: (907) 276-5858
Fax: (907) 276-5817

The attorneys for Municipal Defendants are:

>Pamela D. Weiss
>Blair M. Christensen
>Municipal Attorney's Office
>P.O. Box 196650
>Anchorage, AK 99519
>Phone: (907) 343-4545
>Fax: (907) 343-4550

Respectfully submitted this 8th day of December, 2020.

>KATHRYN R. VOGEL
>Municipal Attorney
>
>By: s/Pamela D. Weiss &
>Blair M. Christensen
>Pamela D. Weiss
>Alaska Bar No. 0305022
>Assistant Municipal Attorney
>Blair M. Christensen
>Alaska Bar No. 0311088
>Assistant Municipal Attorney
>Municipal Attorney's Office
>P.O. Box 196650
>Anchorage, Alaska 99519-6650
>Phone: (907) 343-4545
>Fax: (907) 343-4550
>E-mail: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on December 8, 2020, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office