Pamela D. Weiss
Blair M. Christensen
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KELSEY HOWELL, as P.R. for ESTATE OF DAN DEMOTT, JR., <br><br> Plaintiff(s), <br><br> vs. <br><br> MUNICIPALITY OF ANCHORAGE, LUIS SOTO, and STEVEN E. CHILDERS, <br><br> Defendants. | Case No. 3:20-cv-00301-SLG |

### JOINT MOTION FOR EXTENSION OF TIME
### FOR EXPERT IDENTIFICATION AND DISCLOSURE

The Parties, by and through their respective counsel, hereby jointly move for an extension of time to identify experts and provide expert disclosures. Under the Parties' Scheduling and Planning Conference Report, expert disclosures were due June 15, 2021 and expert disclosures (reports) are due on July 15, 2021. (Dkt. 10, p. 4) Given the early stages of discovery in the case, both parties agree they would benefit from more time to

identify experts and submit reports. The parties therefore request new dates for expert discovery as follows:

> Expert witnesses shall be identified by each party on or before <u>July 30, 2021</u>;
>
> AND
>
> Expert disclosures (reports) required by Rule 26(a)(2) will be disclosed by all parties on or before <u>August 30, 2021</u>.

Counsel for defendants consulted with plaintiff's counsel who agreed to the above recited dates and that this motion could be filed as a joint motion.

                         KATHRYN R. VOGEL
                         Municipal Attorney

By: <u>s/Pamela D. Weiss &</u>
     <u>Blair M. Christensen</u>
     Pamela D. Weiss
     Alaska Bar No. 0305022
     Assistant Municipal Attorney
     Blair M. Christensen
     Alaska Bar No. 0311088
     Assistant Municipal Attorney

       BARBER & ASSOCIATES, LLC
       Attorneys for Plaintiff

By: <u>s/ Pamela D. Weiss (with permission)</u>
     Jeff Barber
     Alaska Bar No. 0111058

Joint Motion for Extension of Time (Expert Discovery)
*Howell, Kelsey (P.R. for DeMott) v. MOA*; Case No. 3:20-cv-00301-SLG
Page 2 of 3

Case 3:20-cv-00301-SLG   Document 15   Filed 06/30/21   Page 2 of 3

Certificate of Service
The undersigned hereby certifies that on June 30, 2021, a true and correct copy of the foregoing was served electronic means through the ECF system.

s/Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Joint Motion for Extension of Time (Expert Discovery)
*Howell, Kelsey (P.R. for DeMott) v. MOA*; Case No. 3:20-cv-00301-SLG
Page 3 of 3

Case 3:20-cv-00301-SLG   Document 15   Filed 06/30/21   Page 3 of 3