Pamela D. Weiss
Blair M. Christensen
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KELSEY HOWELL, as P.R. for ESTATE OF DAN DEMOTT, JR., <br><br> Plaintiff(s), <br><br> vs. <br><br> MUNICIPALITY OF ANCHORAGE, LUIS SOTO, and STEVEN E. CHILDERS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:20-cv-00301-SLG |

### MUNICIPAL DEFENDANTS' NOTICE OF FILING CONVENTIONAL MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Municipality of Anchorage, Luis Soto and Steven Childers (collectively "Municipal Defendants"), by and through Blair M. Christensen and Pamela D. Weiss, hereby give notice pursuant to the Court's Text Order at Docket 29 of filing Exhibits B1-B3 and C1-C2 to Defendants' Motion for Summary Judgment conventionally.

Respectfully submitted this 21st day of March, 2022

          PATRICK N. BERGT
          Municipal Attorney

By:   s/Pamela D. Weiss
       Pamela D. Weiss
       Alaska Bar No. 0305022
       Assistant Municipal Attorney
       Blair M. Christensen
       Alaska Bar No. 0311088
       Assistant Municipal Attorney
       Municipal Attorney's Office
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       Fax: (907) 343-4550
       E-mail: uslit@muni.org

<u>Certificate of Service</u>
The undersigned hereby certifies that on <u>03/21/22</u>, a true and correct copy of the foregoing was served on:

Jeffrey J. Barber
540 East 5th Ave
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Notice of Filing Conventional Materials iso MSJ
*Howell, Kelsey (P.R. for DeMott) v. MOA*; Case No. 3:20-cv-00301-SLG
Page 2 of 2

Case 3:20-cv-00301-SLG   Document 30   Filed 03/21/22   Page 2 of 2