IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KELSEY HOWELL, as P.R. for Estate of Dan Demott, Jr., <br><br> Plaintiff, <br><br> v. <br><br> MUNICIPALITY OF ANCHORAGE, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-000301-SLG |

## ORDER RE DEFENDANTS' MOTION IN LIMINE: TESTIMONY OF CERTAIN WITNESSES

Before the Court at Docket 80 is Defendants' Motion in Limine: Testimony of Certain Witnesses. Plaintiffs responded in opposition to the motion at Docket 82 to which Defendants replied at Docket 84.

The motion is denied as moot with respect to Agatha Bybee, as Plaintiff has recently indicated she does not intend to call this person to testify at trial.

With respect to the testimony of Justin Charlie, the Court denies the motion without prejudice to Defendants raising objections to specific questions that may be posed to this witness at trial. That being said, the Court is likely to permit questions of this witness as to information he knew about his father that he could have conveyed to the APD officers if it had been requested of him, as well as the information that he did in fact convey.

IT IS SO ORDERED this 12th day of March 2024.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE